IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 14-323-12 |
| **SATCHEL JOHNSON** | : | |
| | : | |

## ORDER

This 29th day of September, 2023, for the reasons set forth in the accompanying memorandum, Defendant's Motion for Compassionate Release, ECF 1400, is **DENIED.**

                                                       /s/ Gerald Austin McHugh
                                                   United States District Judge